IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLAYTON MATHEW JACKSON,                                        PLAINTIFF
ADC #654264

v.                         5:12-cv-00163-BSM-JTK

MARK WARNER, et al.                                            DEFENDANTS

## ORDER

Plaintiff's Motion to Compel (Doc. No. 20) shall be re-docketed as a request for discovery from Defendants, and shall be forwarded to the Defendants for their responses.

IT IS SO ORDERED this 30th day of July, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE