**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| CLAYTON MATHEW JACKSON,<br>ADC #654264 | PLAINTIFF |
| v.        5:12-cv-00163-BSM-JTK | |
| MARK WARNER, et al. | DEFENDANTS |

### ORDER

Plaintiff's Motion to Compel (Doc. No. 20) shall be re-docketed as a request for discovery from Defendants, and shall be forwarded to the Defendants for their responses.

IT IS SO ORDERED this 30th day of July, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE