IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLAYTON MATTHEW JACKSON
ADC #654264                                                                                   PLAINTIFF

CASE NO. 5:12CV00163 BSM

MARK WARNER et al.                                                                     DEFENDANTS

ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed, along with the objections filed by plaintiff. After conducting a careful review, along with a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be, and hereby are, adopted in their entirety. Accordingly, it is ordered that defendants' motion for summary judgment [Doc. No. 91] is GRANTED and that plaintiff's complaint is DISMISSED with prejudice.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 13th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE